UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| POWER EFFICIENCY CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE ENERGY SYSTEMS TECHNOLOGIES, INC., a Pennsylvania corporation, and LEONARD S. BELLEZZA, an individual,<br><br>Defendants. | Case No.: 09-CV-01468-LRH-RJJ<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice. Each party to

///

///

///

///

///

1

1 | bear their own attorney's fees and costs.

2 | DATED this 8th day of August, 2011.

| LEWIS AND ROCA LLP | THORP REED & ARMSTRONG, LLP |
|---|---|
| By: /s/ *Lisa Wong Lackland* | By: /s/ *Barry R. Elson* |
| Lisa Wong Lackland | Barry R. Elson, |
| Nevada Bar No. 9934 | Admitted *Pro Hac Vice* |
| 3993 Howard Hughes Parkway, Suite 600 | 2005 Market Street, Suite 1000 |
| Las Vegas, Nevada 89169 | Philadelphia, PA 19103 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Power Efficiency Corporation | Leonard Bellezza |

### ORDER

IT IS SO ORDERED.

DATED: this 15th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE